SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NANCY E. PRITIKIN, Cal. Bar No. 102392
KRISTA STEVENSON JOHNSON, Cal. Bar No. 185241
AMANDA E. BECKWITH, Cal. Bar No. 312967
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     415.434.9100
Facsimile:     415.434.3947

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JEAN LOGAN,<br><br>        Plaintiff,<br><br>     v.<br><br>USA WASTE OF CALIFORNIA, INC.,<br>BARRY SKOLNICK, and MARK<br>SCHWARTZ,<br><br>        Defendants. | Case No. 2:17-cv-01154-JAM-CKD<br><br>**STIPULATION FOR DISMISSAL OF<br>MARK SCHWARTZ WITH PREJUDICE** |

Plaintiff Jean Logan and Defendants USA Waste of California, Inc., Barry Skolnick, and Mark Schwartz, through their counsel of record, hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure to voluntarily dismiss with prejudice all claims against Defendant Mark Schwartz.  Mr. Schwartz has agreed to appear for his deposition and, if required, for trial.  Each party to bear their own attorneys' fees and costs.

Dated:  August 15, 2017

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      /s/ Nancy E. Pritikin
                      NANCY E. PRITIKIN

Attorneys for Defendants

**IT IS SO STIPULATED.**

Dated:  August 15, 2017

LAW OFFICES OF GEORGE FOGY

By      /s/ George Fogy (as authorized on 8/15/17)
                      GEORGE FOGY

Attorneys for Plaintiff

## <u>ORDER</u>

Defendant Mark Schwartz is hereby dismissed with prejudice and without an award of costs or fees to any party.

**IT IS SO ORDERED.**

**DATED: 8/15/2017**

/s/ John A. Mendez_____

U. S. District Court Judge

SMRH:483761883.1

STIPULATION FOR DISMISSAL