SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NANCY E. PRITIKIN, Cal. Bar No. 102392
KRISTA STEVENSON JOHNSON, Cal. Bar No. 185241
AMANDA E. BECKWITH, Cal. Bar No. 312967
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947

Attorneys for Defendants
USA WASTE OF CALIFORNIA, INC. and
BARRY SKOLNICK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN LOGAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>USA WASTE OF CALIFORNIA, INC., a Delaware corporation; BARRY SKOLNICK, an individual; MARK SCHWARTZ, an individual,<br><br>　　　　Defendants. | Case No. 2:17-CV-01154-JAM-CKD<br><br>**AMENDED [~~PROPOSED~~] ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DOCUMENTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Complaint Filed:　June 1, 2017<br>Trial Date:　　　January 28, 2019 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Local Rule 141 and the Protective Order (Docket No. 20), Defendants USA Waste of California, Inc. and Barry Skolnick requested the following documents in support of their Motion for Summary Judgment or, in the alternative, Summary Adjudication, be filed under seal.

(1) Portions of the Memorandum of Points and Authorities in support of Defendants' Motion for Summary Judgment or, in the alternative, Summary Adjudication, pages 1-32 of Exhibit 1: Page 1, lines 11, 13-5; Page 2, lines 1, 16-17; Page 4, lines 24-28; Page 5, lines 1, 8-11, 17-28; Page 6, lines 1-4; Page 10, line 25; Page 11, line 2; Page 13, lines 27-28; Page 14, lines 6, 10-11; Page 15, lines 4-6, 8; Page 22, lines 12-16, 20-12; Page 23, lines 17-23, 26-27; and Page 24, lines 2-3.

(2) Portions of the Statement of Undisputed Facts in support of Defendants' Motion for Summary Judgment or, in the alternative, Summary Adjudication, pages 33-44 of Exhibit 2: UMF 3; UMF 19; UMF 26; UMF 50; UMF 51; UMF 57; UMF 59; UMF 60; UMF 64; UMF 65; UMF 67; and UMF 69

(3) Exhibit B of Declaration of Krista Stevenson Johnson in support of the Motion, excerpts of the Deposition Transcript of Jean Logan, pages 45-66 of Exhibit 3.

(4) Exhibit C of Declaration of Krista Stevenson Johnson in support of the Motion, excerpts of the Deposition Transcript of Barry Skolnick, pages 67-100 of Exhibit 4.

(5) Exhibit D of Declaration of Krista Stevenson Johnson in support of the Motion, pages 101-102 of Exhibit 5.

(6) Declaration of Barry Skolnick in support of the Motion, pages 103-105 of Exhibit 6.

(7) Declaration of Brent Petersen in support of the Motion, pages 106-109 of Exhibit 7.

(8) Declaration of Michael Dory in support of the Motion, pages 110-112 of Exhibit 8.

///
///
///

Upon considering the papers submitted, and good cause appearing, Defendants Request to Seal Documents is GRANTED.

IT IS SO ORDERED.

Dated: 10-10-2018

_____
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE