GEORGE FOGY (SBN 202202)
**LAW OFFICES OF GEORGE FOGY**
7940 CALIFORNIA AVENUE
FAIR OAKS, CA 95628
TEL: (916) 631-7722
FAX: (916) 844-3899
EMAIL: GFOGY@FOGYLAW.COM

ATTORNEYS FOR PLAINTIFF
JEAN LOGAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN LOGAN,<br><br>Plaintiff,<br><br>vs.<br><br>USA WASTE OF CALIFORNIA, INC., A Delaware corporation; BARRY SKOLNICK, an individual; MARK SCHWARTZ, an individual,<br><br>Defendants. | Case No.: 2:17-CV-01154-JAM-CKD<br><br>**ORDER GRANTING PLAINTIFF JEAN LOGAN'S REQUEST TO SEAL DOCUMENTS IN SUPPORT OF OPPOSITION TO DEFENDANTS USA WASTE OF CALIFORNIA, INC. AND BARRY SKOLNICK'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date: November 20, 2018<br>Time: 1:30 p.m.<br>Location: Courtroom 6<br>Trial Date: January 28, 2019 |

[PROPOSED] ORDER GRANTING PLAINTIFF JEAN LOGAN'S REQUEST TO SEAL DOCUMENTS ISO OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

- 1 -

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 141 and the Stipulated Protective Order (Docket No. 20), Plaintiff JEAN LOGAN requested the following documents in support of her Opposition to Defendants USA WASTE OF CALIFORNIA, INC. and BARRY SKOLNICK's Motion for Summary Judgment or, in the alternative, Partial Summary Judgment, to be filed under seal.

1. Portions of Plaintiff's Memorandum of Points and Authorities in Opposition to Defendants USA Waste of California, Inc. and Barry Skolnick's Motion for Summary Judgment or, in the alternative, Partial Summary Judgment, at pages 1-7. Specifically: Page 2, lines 16-17; Page 3, lines 21-28; Page 4, lines 1-5, 8-13; Page 6, lines 16-17, 26; Page 7, lines 3-4.

2. Exhibit A of Declaration of George Fogy in Opposition to Defendants' Motion (Excerpts of the Deposition of Stella Raymaker), pages 12-23.

3. Exhibit B of Declaration of George Fogy in Opposition to Defendants' Motion (Exhibit H from the deposition of Defendant Barry Skolnick bates numbered USA000597-610), pages 25-38.

4. Exhibit C of Declaration of George Fogy in Opposition to Defendants' Motion (Excerpts of the Deposition of Richard Abbate), pages 41-55.

5. Portions of Plaintiff's Separate Statement in Opposition to Defendants USA Waste of California, Inc. and Barry Skolnick's Motion for Summary Judgment or, in the alternative, Partial Summary Judgment, at pages 57-74. Specifically: UMF 3; UMF 19; UMF 26; UMF 50; UMF 51; UMF 57; UMF 59; UMF 60; UMF 64; UMF 65; UMF 67; UMF 69. Pl. Resp. 19; Pl. Resp. 26; Pl. Resp. 51.

6. Portions of Plaintiff's Statement of Disputed Facts in Opposition to Defendants'

Motion for Summary Judgment or, in the alternative, Partial Summary Judgment, pages 75-78. Specifically: DMF 1; DMF 2; DMF 3; DMF 4; DMF 5; DMF 6; DMF 7; DMF 8; DMF 9; DMF 10; and DMF 11.

7. Portions of Declaration of Plaintiff Jean Logan in support of Plaintiff's Opposition to Defendants USA Waste of California, Inc. and Barry Skolnick's Motion for Summary Judgment or, in the alternative, Partial Summary Judgment, pages 79-88. Specifically: Page 83, lines 6, 8-9, 24-27; Page 85, line 22; Page 87, lines 12-13, 15.

Upon considering the papers submitted, and good cause appearing, Plaintiff JEAN LOGAN's Request to Seal Documents is GRANTED.

IT IS SO ORDERED.

DATED: 11/8/2018      /s/ John A. Mendez

                    HONORABLE JOHN A. MENDEZ
                    UNITED STATES DISTRICT COURT JUDGE