SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
NANCY E. PRITIKIN, Cal. Bar No. 102392
KRISTA STEVENSON JOHNSON, Cal. Bar No. 185241
AMANDA E. BECKWITH, Cal. Bar No. 312967
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947

Attorneys for Defendants
USA WASTE OF CALIFORNIA, INC. and
BARRY SKOLNICK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN LOGAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>USA WASTE OF CALIFORNIA, INC., a Delaware corporation; BARRY SKOLNICK, an individual; MARK SCHWARTZ, an individual,<br><br>　　　　Defendants. | Case No. 2:17-CV-01154-JAM-CKD<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DOCUMENTS ON REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Date:　　　　November 20, 2018<br>Time:　　　　1:30 p.m.<br>Location:　　Courtroom 6, 14th Floor<br><br>Complaint Filed:　June 1, 2017<br>Trial Date:　　　January 28, 2019 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Local Rule 141 and the Protective Order (Dkt. No. 20), Defendants USA Waste of California, Inc. and Barry Skolnick requested the following documents submitted with their Reply in support of their Motion for Summary Judgment ("Reply"), be filed under seal.

(1) Portions of Defendants' Reply in support of Defendants' Motion, pages 1-14.

(2) Portions of Defendants' Response to Plaintiff's Separate Statement in Opposition to Defendants' Motion for Summary Judgment, pages 15-25.

(3) Portions of Defendants' Objections to Plaintiff's Evidence Submitted in Opposition to the Motion, pages 26-57.

(4) Excerpts of the Deposition Transcript of Richard Abbate, 58-66.

/ / /

/ / /

/ / /

Upon considering the papers submitted, and good cause appearing, Defendants Request to Seal Documents is GRANTED.

IT IS SO ORDERED.

Dated : 11/14/2018  /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE